Rct 11089256
1/22/2010
$ 17.30

John H. Heyer
Attorney at Law
604 Exchange National Bank Builing
P.O. Box 588
Olean, New York 14760
716-372-0395

Fax: 716-372-0446
Email: jhh@heyerlaw.com

ALSO ADMITTED IN COLORADO
AND PENNSYLVANIA

January 21, 2010

U.S. Bankruptcy Court Clerk
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202

Attn: Christine

Re: Andrews Farm, a Partnership
Case No: 04-15137 B
Chapter 7

Dear Christine:

Enclosed is check number 148 for the above referenced bankruptcy case in the amount of $17.30 for claims distribution under $5.00 as shown on the attached Claims Distribution Small Checks List.

If there are any questions, please call my office.

Very truly yours,

JOHN H. HEYER

Encl:

JHH/sl

FILED
JAN 22 2010
BANKRUPTCY COURT
BUFFALO, NY
RECEIVED
JAN 22 2010
BANKRUPTCY COURT
BUFFALO, NY

# Claims Distribution Small Checks

## Trustee: John H. Heyer, Trustee (520060)

**Case:** 04-15137 - ANDREWS FARM, a Partnership

| Account No. | Check No. | Issued / Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| 312089390166 | 148 | 01/21/10 | Payee: | U.S. BANKRUPTCY COURT | | | | Check Amount: | $17.30 |
| | | 8 | 07/29/04 | 610 | Roger's & Son's, Inc. | 229.78 | 229.78 | 7.47 | 1.78 |
| | | 14 | 08/04/04 | 610 | Young Tax Service Inc. | 350.00 | 350.00 | 11.36 | 2.70 |
| | | 17 | 08/03/04 | 610 | Randolph Veterinary Clinic | 343.68 | 343.68 | 11.15 | 2.64 |
| | | 18 | 08/03/04 | 610 | Southern Tier Dairy Services | 422.16 | 422.16 | 13.70 | 3.25 |
| | | 24 | 08/09/04 | 610 | Viking Office Products Inc. | 436.83 | 436.83 | 14.18 | 3.37 |
| | | 46A | 01/24/07 | 610 | IBA - Dan Gabel | 462.25 | 462.25 | 15.00 | 3.56 |

FILED
JAN 22 2010
BANKRUPTCY COURT
BUFFALO, NY

(*) Denotes objection to Amount Filed